JS 44C/SDNY
REV. 2/2016

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

PLAINTIFFS                                                            DEFENDANTS

ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)                  ATTORNEYS (IF KNOWN)

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Has this action, case, or proceeding, or one essentially the same been previously filed in SDNY at any time? No [ ] Yes [ ] Judge Previously Assigned

If yes, was this case  Vol. [ ]  Invol. [ ]  Dismissed. No [ ]  Yes [ ]  If yes, give date _____ & Case No. _____

Is this an international arbitration case?        No [ ]      Yes [ ]

(PLACE AN [x] IN ONE BOX ONLY)                      NATURE OF SUIT

                          TORTS                                                              ACTIONS UNDER STATUTES

| CONTRACT | | PERSONAL INJURY | | PERSONAL INJURY | | FORFEITURE/PENALTY | | BANKRUPTCY | | OTHER STATUTES | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| [ ] 110 | INSURANCE | [ ] 310 | AIRPLANE | [ ] 367 | HEALTHCARE/PHARMACEUTICAL PERSONAL INJURY/PRODUCT LIABILITY | [ ] 625 | DRUG RELATED SEIZURE OF PROPERTY 21 USC 881 | [ ] 422 | APPEAL 28 USC 158 | [ ] 375 | FALSE CLAIMS |
| [ ] 120 | MARINE | [ ] 315 | AIRPLANE PRODUCT LIABILITY | | | | | [ ] 423 | WITHDRAWAL 28 USC 157 | [ ] 376 | QUI TAM |
| [ ] 130 | MILLER ACT | | | [ ] 365 | PERSONAL INJURY PRODUCT LIABILITY | [ ] 690 | OTHER | | | [ ] 400 | STATE REAPPORTIONMENT |
| [ ] 140 | NEGOTIABLE INSTRUMENT | [ ] 320 | ASSAULT, LIBEL & SLANDER | [ ] 368 | ASBESTOS PERSONAL INJURY PRODUCT LIABILITY | | | | | [ ] 410 | ANTITRUST |
| [ ] 150 | RECOVERY OF OVERPAYMENT & ENFORCEMENT OF JUDGMENT | [ ] 330 | FEDERAL EMPLOYERS' LIABILITY | | | | | PROPERTY RIGHTS | | [ ] 430 | BANKS & BANKING |
| | | [ ] 340 | MARINE | | | | | [ ] 820 | COPYRIGHTS | [ ] 450 | COMMERCE |
| [ ] 151 | MEDICARE ACT | [ ] 345 | MARINE PRODUCT LIABILITY | PERSONAL PROPERTY | | | | [ ] 830 | PATENT | [ ] 460 | DEPORTATION |
| [ ] 152 | RECOVERY OF DEFAULTED STUDENT LOANS (EXCL VETERANS) | [ ] 350 | MOTOR VEHICLE | [ ] 370 | OTHER FRAUD | | | [ ] 840 | TRADEMARK | [ ] 470 | RACKETEER INFLUENCED & CORRUPT ORGANIZATION ACT (RICO) |
| | | [ ] 355 | MOTOR VEHICLE PRODUCT LIABILITY | [ ] 371 | TRUTH IN LENDING | | | | | [ ] 480 | CONSUMER CREDIT |
| [ ] 153 | RECOVERY OF OVERPAYMENT OF VETERAN'S BENEFITS | [ ] 360 | OTHER PERSONAL INJURY | | | | | SOCIAL SECURITY | | [ ] 490 | CABLE/SATELLITE TV |
| | | [ ] 362 | PERSONAL INJURY - MED MALPRACTICE | [ ] 380 | OTHER PERSONAL PROPERTY DAMAGE | LABOR | | [ ] 861 | HIA (1395ff) | [ ] 850 | SECURITIES/ COMMODITIES/ EXCHANGE |
| [ ] 160 | STOCKHOLDERS SUITS | | | [ ] 385 | PROPERTY DAMAGE PRODUCT LIABILITY | [ ] 710 | FAIR LABOR STANDARDS ACT | [ ] 862 | BLACK LUNG (923) | | |
| [ ] 190 | OTHER CONTRACT | | | | | [ ] 720 | LABOR/MGMT RELATIONS | [ ] 863 | DIWC/DIWW (405(g)) | | |
| [ ] 195 | CONTRACT PRODUCT LIABILITY | | | | | [ ] 740 | RAILWAY LABOR ACT | [ ] 864 | SSID TITLE XVI | [ ] 890 | OTHER STATUTORY ACTIONS |
| | | ACTIONS UNDER STATUTES | | PRISONER PETITIONS | | | | [ ] 865 | RSI (405(g)) | [ ] 891 | AGRICULTURAL ACTS |
| [ ] 196 | FRANCHISE | CIVIL RIGHTS | | [ ] 463 | ALIEN DETAINEE | [ ] 751 | FAMILY MEDICAL LEAVE ACT (FMLA) | FEDERAL TAX SUITS | | | |
| | | | | [ ] 510 | MOTIONS TO VACATE SENTENCE 28 USC 2255 | | | [ ] 870 | TAXES (U.S. Plaintiff or Defendant) | [ ] 893 | ENVIRONMENTAL MATTERS |
| REAL PROPERTY | | [ ] 440 | OTHER CIVIL RIGHTS (Non-Prisoner) | [ ] 530 | HABEAS CORPUS | [ ] 790 | OTHER LABOR LITIGATION | | | [ ] 895 | FREEDOM OF INFORMATION ACT |
| | | | | [ ] 535 | DEATH PENALTY | [ ] 791 | EMPL RET INC SECURITY ACT (ERISA) | [ ] 871 | IRS-THIRD PARTY 26 USC 7609 | [ ] 896 | ARBITRATION |
| [ ] 210 | LAND CONDEMNATION | [ ] 441 | VOTING | [ ] 540 | MANDAMUS & OTHER | | | | | [ ] 899 | ADMINISTRATIVE PROCEDURE ACT/REVIEW OR APPEAL OF AGENCY DECISION |
| [ ] 220 | FORECLOSURE | [ ] 442 | EMPLOYMENT | | | IMMIGRATION | | | | | |
| [ ] 230 | RENT LEASE & EJECTMENT | [ ] 443 | HOUSING/ ACCOMMODATIONS | PRISONER CIVIL RIGHTS | | [ ] 462 | NATURALIZATION APPLICATION | | | | |
| [ ] 240 | TORTS TO LAND | [ ] 445 | AMERICANS WITH DISABILITIES - EMPLOYMENT | [ ] 550 | CIVIL RIGHTS | [ ] 465 | OTHER IMMIGRATION ACTIONS | | | [ ] 950 | CONSTITUTIONALITY OF STATE STATUTES |
| [ ] 245 | TORT PRODUCT LIABILITY | | | [ ] 555 | PRISON CONDITION | | | | | | |
| [ ] 290 | ALL OTHER REAL PROPERTY | [ ] 446 | AMERICANS WITH DISABILITIES -OTHER | [ ] 560 | CIVIL DETAINEE CONDITIONS OF CONFINEMENT | | | | | | |
| | | [ ] 448 | EDUCATION | | | | | | | | |

Check if demanded in complaint:

[ ] CHECK IF THIS IS A **CLASS ACTION**
UNDER F.R.C.P. 23

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.?
IF SO, STATE:

DEMAND $_____  OTHER _____     JUDGE _____ DOCKET NUMBER_____

Check YES only if demanded in complaint
JURY DEMAND: [ ] YES  [ ] NO                     NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32).

(PLACE AN x IN ONE BOX ONLY) **ORIGIN**

☐ 1 Original Proceeding  ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from (Specify District)   ☐ 6 Multidistrict Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge Judgment

☐ a. all parties represented
☐ b. At least one party is pro se.

(PLACE AN x IN ONE BOX ONLY) **BASIS OF JURISDICTION**   *IF DIVERSITY, INDICATE CITIZENSHIP BELOW.*

☐ 1 U.S. PLAINTIFF   ☐ 2 U.S. DEFENDANT   ☐ 3 FEDERAL QUESTION (U.S. NOT A PARTY)   ☐ 4 DIVERSITY

CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)

(Place an [X] in one box for Plaintiff and one box for Defendant)

| | PTF | DEF | | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ] 1 | [ ] 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ] 3 | [ ] 3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ] 5 | [ ] 5 |
| CITIZEN OF ANOTHER STATE | [ ] 2 | [ ] 2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ] 4 | [ ] 4 | FOREIGN NATION | [ ] 6 | [ ] 6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

DEFENDANT(S) ADDRESS UNKNOWN
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

Check one:   THIS ACTION SHOULD BE ASSIGNED TO:   ☐ WHITE PLAINS   ☐ MANHATTAN
(DO NOT check either box if this a PRISONER PETITION/PRISONER CIVIL RIGHTS COMPLAINT.)

DATE                SIGNATURE OF ATTORNEY OF RECORD                ADMITTED TO PRACTICE IN THIS DISTRICT
[ ] NO
[ ] YES (DATE ADMITTED  Mo. _____  Yr. _____)
RECEIPT #                                    Attorney Bar Code #

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

Ruby J. Krajick, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)