AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

### MIDDLE DISTRICT OF FLORIDA

### CERTIFICATE OF GOOD STANDING

*I, SHERYL L. LOESCH, Clerk of this Court*

*certify that* **J. Cheney Mason, FL Bar No. 0131982**

*was duly admitted to practice in this Court on*

<u>     **March 2, 1972**     </u>, *and is in good standing*
         *DATE*

*as a member of the Bar of this Court.*

*Dated at* <u>     Orlando, FL     </u> *on* <u>     September 28, 2016     </u> .
         *LOCATION*                                               *DATE*

**SHERYL L. LOESCH**
*CLERK*

*J. Thigpen*
*DEPUTY CLERK*



# The Florida Bar

JOHN F. HARKNESS, JR.
EXECUTIVE DIRECTOR

651 EAST JEFFERSON STREET
TALLAHASSEE, FLORIDA 32399-2300

850/561-5600
WWW.FLORIDABAR.ORG

State of Florida    )

County of Leon     )

In Re:   131982
James Cheney Mason
250 S. Park Ave., Ste. 200
Winter Park, FL

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on March 5, 1971.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is an active member of The Florida Bar in good standing.

Dated this 29th day of September, 2016.

Pam Gerard, Manager
Membership Records Dept.
The Florida Bar

PG/SS/ssTH3:R10