UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE, proceeding under a pseudonym,　　　　　　CASE NO. 1:16-CV-07673-RA
　　　　　　　　　　　Plaintiff,

-against-

DONALD J. TRUMP and
JEFFREY E. EPSTEIN,

　　　　　　　　　　　Defendants.
_____/

## CORRECTED MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, J. CHENEY MASON, ESQUIRE, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for JANE DOE in the above-captioned action.

I am in good standing of the bars of the state of Florida and the United States District Court of the Middle District of Florida and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: October 18, 2016.　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　J. CHENEY MASON, ESQUIRE
　　　　　　　　　　　　　　　　　　　　　　　J. CHENEY MASON, P.A.
　　　　　　　　　　　　　　　　　　　　　　　250 Park Avenue South, Suite 200
　　　　　　　　　　　　　　　　　　　　　　　Winter Park, Florida 32789
　　　　　　　　　　　　　　　　　　　　　　　Telephone: (407) 622-2220
　　　　　　　　　　　　　　　　　　　　　　　E-Mail: chenmas4@aol.com