# Supreme Court of Florida
## Certificate of Good Standing

I JOHN A. TOMASINO, Clerk of the Supreme Court of the State of Florida, do hereby certify that

### JAMES CHENEY MASON

was admitted as an attorney and counselor entitled to practice law in all the Courts of the State of Florida on **March 5, 1971**, is presently in good standing, and that the private and professional character of the attorney appear to be good.

WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this October 13, 2016.

Clerk of the Supreme Court of Florida.

AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

## CERTIFICATE OF GOOD STANDING

*I, SHERYL L. LOESCH, Clerk of this Court*

*certify that* **J. Cheney Mason, FL Bar No. 0131982**

*was duly admitted to practice in this Court on*

__**March 2, 1972**__, *and is in good standing*
DATE

*as a member of the Bar of this Court.*

*Dated at* _____Orlando, FL_____ *on* _____September 28, 2016_____ .
LOCATION                                   DATE

**SHERYL L. LOESCH**
CLERK

*J. Thigpen*
DEPUTY CLERK



# The Florida Bar

JOHN F. HARKNESS, JR.  
EXECUTIVE DIRECTOR

651 EAST JEFFERSON STREET  
TALLAHASSEE, FLORIDA 32399-2300

850/561-5600  
WWW.FLORIDABAR.ORG

State of Florida    )

County of Leon     )

                            In Re:    131982  
                                     James Cheney Mason  
                                     250 S. Park Ave., Ste. 200  
                                     Winter Park, FL

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on March 5, 1971.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is an active member of The Florida Bar in good standing.

Dated this 29th day of September, 2016.

Pam Gerard, Manager  
Membership Records Dept.  
The Florida Bar

PG/SS/ssTH3:R10