UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE, proceeding under a pseudonym,　　　　　　CASE NO. 1:16-CV-07673-RA
　　　　　　　　　Plaintiff,

-against-

DONALD J. TRUMP and
JEFFREY E. EPSTEIN,

　　　　　　　　　Defendants.
_____/

## ORDER FOR ADMISSION PRO HAC VICE

The Motion of J. CHENEY MASON, ESQUIRE, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the state of Florida and the United States District Court of the Middle District of Florida; and that his contact information is as follows:

J. CHENEY MASON, ESQUIRE
J. CHENEY MASON, P.A.
250 Park Avenue South, Suite 200
Winter Park, Florida 32789
Telephone: (407) 622-2220
E-Mail: chenmas4@aol.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for JANE DOE in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　United States District/Magistrate Judge