**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

JANE DOE, proceeding under a pseudonym,

                      Plaintiff,

               vs.

DONALD J. TRUMP and
JEFFREY E. EPSTEIN,

                   Defendants.

Case No.: 1:16-cv-07673

**MOTION FOR ADMISSION**
**PRO HAC VICE**

---

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Evan L. Goldman, Esq., hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Jane Doe, proceeding under a pseudonym, in the above-captioned action.

I am in good standing of the Bar of the State of New Jersey, and there are no pending disciplinary proceedings against me in any state or federal court.

           Respectfully submitted,

           _____

           Evan L. Goldman
           Law Offices Of
           Goldman, Davis & Gutfleish, P.C.
           Three University Plaza
           Hackensack, New Jersey 07601
           (201) 488-2600
           (201) 488-5059 (Telecopier)
           Email: egoldman@goldmandavis.Com
           Attorneys for Plaintiff

Dated:  November 1, 2016

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

JANE DOE, proceeding under a pseudonym,

                  Plaintiff,             Case No.: 1:16-cv-07673

                  vs.                  **ORDER FOR ADMISSION
PRO HAC VICE**

DONALD J. TRUMP and
JEFFREY E. EPSTEIN,

                  Defendants.

The motion of Evan L. Goldman, for admission to practice Pro Hac Vice in the above captioned matter is granted.

Applicant has declared that he is a member in good standing of the bar of the State of New jersey; and that his contract information is as follows:

Applicant's Name:  Evan L. Goldman

Firm Name:  Goldman, Davis & Gutfleish, P.C.

Address:  3 University Plaza, Suite 410

City/State/Zip:  Hackensack, New Jersey 07601

Telephone/Fax:  201-488-2600/201-488-5059

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Jane Does, proceeding under a pseudonym, in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District oof New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.


Dated: _____                    _____

                                            United States District / Magistrate Judge