**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

JANE DOE, proceeding under a pseudonym,

                Plaintiff,

        vs.

DONALD J. TRUMP and
JEFFREY E. EPSTEIN,

            Defendants.

Case No.: 1:16-cv-07673

**CERTIFICATION IN SUPPORT OF**
**MOTION FOR PRO HAC VICE**
**ADMISSION TO FEDERAL DISTRICT**
**COURT FOR THE SOUTHERN**
**DISTRICT OF NEW YORK**

---

EVAN L. GOLDMAN, of full age, certifies as follows:

1.     I have been retained by the Plaintiff in the above matter and will, if the motion is granted, act as local counsel in this case.

2.     Over the past 35 plus years, I have represented many victims of sexual assault, sexual abuse and sexual harassment. I am a trial lawyer ad have tried over 125 cases to verdict before a jury.

3.     The attorney that I am substituting in for, Thomas Meagher, although well qualified, is not a trial attorney and therefore seeks someone who has more familiarity with this type of case. While I am not yet admitted, I am submitting his signed Substitution of Attorney for the Court's reference.

4.     I am also submitting my Certificate of Good Standing from the Supreme Court of New Jersey. It is from 2011, and I am in the process of obtaining an updated Certificate. I have submitted this one to the Court to indicate that I do possess such a Certificate, although it is in

need of updating.   According to the Supreme Court of New Jersey, I should have my updated

Certificate of Good Standing by Friday, November 4, 2016.

5.      I am currently admitted to the U.S. District Court for the District of New Jersey

and am currently handling several cases there.

6.      In the past I have been admitted Pro Hac Vice to the U.S. District Court for the

Eastern District of Pennsylvania and also to the Chancery Courts in the State of Delaware.

7.      I make this certification in support of a Court Order to allow my admission to the

U.S. District Court for the Southern District of New York

EVAN L. GOLDMAN
LAW OFFICES OF
GOLDMAN, DAVIS & GUTFLEISH, P.C.
THREE UNIVERSITY PLAZA
HACKENSACK, NEW JERSEY 07601
(201) 488-2600
(201) 488-5059 (TELECOPIER)
Email: egoldman@goldmandavis.com
ATTORNEYS FOR PLAINTIFF

Dated:  November 1, 2016

2

# Supreme Court of New Jersey



# Certificate of Good Standing

*This is to certify that* **EVAN L GOLDMAN** *(No.* **011871979** *) was constituted and appointed an Attorney at Law of New Jersey on* **December 20, 1979** *and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.*

*I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.*

*Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.*



*In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this* **10TH** *day of* **August** *, 20* **11** *.*

*Clerk of the Supreme Court*

-453a-