IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| JANE DOE, proceeding under a pseudonym, | ) |
| Plaintiff, | ) |
| | ) Case No.: 1:16-CV-04642 |
| v. | ) |
| | ) NOTICE OF VOLUNTARY |
| DONALD J. TRUMP and | ) DISMISSAL PURSUANT TO |
| JEFFREY E. EPSTEIN, | ) F.R.C.P. 41(a)(1)(A)(i) |
| | ) |
| Defendants. | ) |

---

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**
_____

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff, by and through her counsel, hereby gives notice that the above-captioned action is voluntarily dismissed against the Defendants.

                                        Respectfully submitted,


Dated: November 4, 2016         By:  /s/  *Thomas Francis Meagher*
                                        Thomas Francis Meagher
                                        One Palmer Square
                                        Princeton, New Jersey 08542
                                        Telephone: (609) 558-1500
                                        tmeagher@thomasfmeagheresq.com

                                        J. Cheney Mason
                                        J. Cheney Mason, P.A.
                                        250 Park Avenue South, Suite 200
                                        Winter Park, Florida 32789
                                        Telephone: (407) 622-2220
                                        E-Mail: chenmas4@aol.com


                                        ATTORNEYS FOR PLAINTIFF